No. 450.   POLLARD ET AL. *v.* HAWFIELD ET AL., *ante,* p. 909.   Rehearing denied.

No. 483.   DIXIE CUP CO. *v.* PAPER CONTAINER MFG. CO., *ante,* p. 909.   Rehearing denied.

No. 489.   HARRIS ET AL., DOING BUSINESS AS H-C PRODUCTS CO., *v.* NATIONAL MACHINE WORKS, INC. ET AL., *ante,* p. 905.   Rehearing denied.

No. 458.   CARPENTER *v.* ROHM & HAAS CO., INC., *ante,* p. 904; and
No. 459.   CARPENTER *v.* ERIE RAILROAD CO., *ante,* p. 904.   Rehearing denied for the reason that the applications were not received within the time provided by Rule 33.

No. 121, Misc.   TAYLOR *v.* DENNIS, WARDEN, *ante,* p. 907.   Rehearing denied.   MR. JUSTICE BLACK took no part in the consideration or decision of this application.

No. 278, Misc.   GIBBONS *v.* BRANDT ET AL., *ante,* p. 910. Rehearing denied.

MARCH 14, 1949.

*Per Curiam Decisions.*

No. 514.   COUNTY OF LOS ANGELES *v.* SOUTHERN CALIFORNIA TELEPHONE CO.
*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.   *Harold W. Kennedy* for appellant.   *Oscar Lawler* and *Francis N. Marshall* for appellee.